

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00371-CV

In the Estate of Mildred Elizabeth Thomas **EDWARDS**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2010-PC-0827-A
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed: April 15, 2015

REINSTATED AND DISMISSED

On September 23, 2013, we issued an order abating this appeal upon proof that appellant was an alleged debtor in an involuntary bankruptcy proceeding. *See* TEX. R. APP. P. 8.2. The appeal and all appellate timelines were suspended, and the appeal was closed for administrative purposes pending a request for reinstatement or severance.

On March 27, 2015, the parties filed a joint motion to reinstate the appeal on the court's docket for the sole purpose of dismissing it. In the motion, the parties state that they have reached a settlement agreement in this matter, which has been approved by the bankruptcy court. Attached to the parties' motion is a certified copy of the bankruptcy court's order approving the settlement agreement. The parties further state that by authorizing the trustee to take all actions necessary to implement the settlement agreement, the bankruptcy court has, for purposes Texas Rule of

Appellate Procedure 8.3(a), terminated the automatic stay to allow the parties to reinstate the appeal for the sole purpose of dismissing it. We are of the opinion that the motion before us satisfies the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.3(a); 42.1(a). The parties' motion is therefore granted. The appeal is reinstated on the court's docket and dismissed.

PER CURIAM